UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                                        No. 24-mj-30396

v.

Joseph Casimiro,

      Defendant,

_____/

## MOTION TO DISMISS COMPLAINT WITHOUT PREJUDICE

The United States of America moves this Court for leave to dismiss the criminal compliant without prejudice against Joseph Casimiro in the above-entitled case because the ends of justice would be best served by this dismissal.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/Darrin Crawford*
Darrin Crawford
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Darrin.Crawford@usdoj.gov

*s/Jerome Gorgon (with consent)*
Jerome F. Gorgon Jr.
United States Attorney

Dated: May 28, 2025